UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAMELA ANN GAMBREL,

    Plaintiff,

v.                                        Case No. 05-C-968

JO ANNE B BARNHART
Commissioner, Social Security Administration,

    Defendant.

## ORDER

In the court's order of November 8, 2006, granting plaintiff's request for fees under the Equal Access to Justice Act, the court inadvertently failed to rule on plaintiff's motion for additional fees which were set forth in plaintiff's reply brief. The plaintiff has now filed a motion pursuant to Fed. R. Civ. P. 59(e) and 60(b)(6), requesting that the court alter its order and judgment by including the additional fees set forth in the reply brief. The motion is not opposed by the commissioner. Based upon the foregoing,

**IT IS HEREBY ORDERED** that the plaintiff's motion is granted and the judgment previously entered by the court is amended to reflect that the additional fees requested by plaintiff are hereby awarded. Plaintiff's total fee awarded by the court is $6,777.75.

Dated this __17th__ day of November, 2006.

                                                                 s/ William C. Griesbach
                                                                  William C. Griesbach
                                                                  United States District Judge